IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HILL,

      Plaintiff,                            No. CIV S-10-1896 EFB P

  vs.

J. HALL, et al.,

      Defendants.                     <u>ORDER</u>

                                  /

        Kenneth Hill, an inmate confined at California State Prison - Sacramento, filed this pro se civil rights action under 42 U.S.C. § 1983. In addition to filing a complaint, plaintiff has filed an application to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

**I.**     **Request to Proceed In Forma Pauperis**

        Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Dckt. No. 2. Plaintiff's application makes the showing required by 28 U.S.C. § 1915(a)(1) and (2). Accordingly, by separate order, the court directs the agency having custody of plaintiff to collect and forward the appropriate monthly payments for the filing fee as set forth in 28 U.S.C. § 1915(b)(1) and (2).

**II.     Screening Order**

Pursuant to 28 U.S.C. § 1915A, the court shall review "a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." 28 U.S.C. § 1915A(a). "On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

The court finds that, for the limited purposes of § 1915A screening, the complaint states cognizable claims for relief against all defendants.

Accordingly, it hereby is ordered that:

1. Plaintiff's request to proceed *in forma pauperis* is granted.

2. Plaintiff shall pay the statutory filing fee of $350. All payments shall be collected in accordance with the notice to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for defendants Hall, McAlpine, and Nangalama.

4. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons, an instruction sheet and one copy of the July 2, 2010 complaint.

5. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and four copies of the endorsed July 2, 2010 complaint.

6. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Hall, McAlpine, and Nangalama pursuant to Federal Rule of Civil Procedure 4 without payment of costs. Failure to comply with this order will result in this action being dismissed.

Dated: December 8, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HILL,

        Plaintiff,                  No. CIV S-10-1896 EFB P

    vs.

J. HALL, et al.,

        Defendants.            NOTICE OF SUBMISSION OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

          1          completed summons form

          3          completed forms USM-285

          4          copies of the July 2, 2010 Complaint

Dated:

                                                  Plaintiff