IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HILL,

        Plaintiff,

   vs.

J. HALL, et al.,

        Defendants.

                            /

No. 2:10-cv-01896-MCE-EFB P

<u>ORDER</u>

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On November 10, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

///

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 10, 2011 (ECF No. 18), are ADOPTED in full;

2. The March 3, 2011 (ECF No. 13), motion to dismiss filed by defendants McAlpine, Nangalama, and Hall is DENIED; and

3. Defendants McAlpine, Nangalama, and Hall are ordered to file an answer to the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure.

Dated: February 7, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE