IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HILL,

    Plaintiff,                       No. 2:10-cv-1896 MCE EFB P

    vs.

J. HALL, et al.,                      ORDER RE SETTLEMENT & DISPOSITION

    Defendants.

_____/

    The docket reflects that the March 14, 2013 settlement conference resulted in a settlement agreement between the parties. The court now orders that dispositional documents be filed not later than 180 days from the date of this order. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. All outstanding motions are denied as moot.

    So ordered.

DATED: March 20, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE